CONTINENTAL INSURANCE COMPANY, Appellant, *v.* JULIA B.
REEVE et al., Respondents.

*Continental Ins. Co.* v. *Reeve*, 135 App. Div. 737, appeal dismissed.
(Argued April 27, 1910; decided May 3, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
December 20, 1909, which reversed an order of Special Term
granting a motion for the reduction of a bid theretofore made
at a foreclosure sale.

*I. R. Oeland, William N. Dykman, Vine H. Smith* and
*Philip S. Dean* for appellant.

*Charles S. Carrington, Van Mater Stilwell, Lynn C. Nor-
ris* and *Edward M. Perry* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.